THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE EMPLOYEE PAINTERS' TRUST, *et al.*, | CASE NO. C17-0229-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ETHAN ENTERPRISES, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court ORDERS the parties to provide a status update on this case and whether they await any Court action as this time as there are no motions pending. The response is due by June 23, 2017.

DATED this 9th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk