THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiffs/Judgment Creditors, <br> v. <br><br> ETHAN ENTERPRISES INC., *et al.*, <br><br> Defendants/Judgment Debtors. | CASE NO. C17-0229-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 13). The parties agree the writ of garnishment has been fully released and no further action is needed in this proceeding. (*Id.* at 2.) Therefore, the Court directs the Clerk to CLOSE this case.

DATED this 22nd day of June 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER C17-0229-JCC
PAGE - 1